# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN K. HARRINGTON, et al.,<br><br>        Defendants.<br>_____/ | 1:09-cv-01823-GSA-PC<br><br>ORDER DENYING REQUEST<br>(Doc. 14.)<br><br>SECOND ORDER REQUIRING PLAINTIFF TO EITHER:<br><br>(1)   FILE AMENDED COMPLAINT, OR<br><br>(2)   NOTIFY COURT OF WILLINGNESS TO PROCEED ONLY ON CLAIMS FOUND COGNIZABLE<br><br>THIRTY DAY DEADLINE |

Plaintiff John W. Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 22, 2010, the Court issued an order requiring Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only with the claims found cognizable by the Court. (Doc. 13.)  On December 3, 2010, Plaintiff filed a response to the Court's order, requesting leave to proceed on the cognizable claims, with the option to file an amended complaint before any defendant files an answer. (Doc. 14.)

Plaintiff's request shall be denied, and he shall be granted another opportunity to comply with the Court's order of November 22, 2010.  The Court's order required Plaintiff to make a

1

1  choice between two options:  (1) file an amended complaint curing the deficiencies identified by
2  the Court in its order of November 22, 2010; or (2) proceed on the original Complaint with the
3  claims found cognizable by the Court.  If Plaintiff decides to proceed only on the cognizable
4  claims, the Court shall dismiss all remaining claims and defendants from this action for failure to
5  state a claim and direct the United States Marshal to serve the original Complaint on defendants
6  Billings, Harrington, and Castro only.  Plaintiff is not foreclosed from requesting leave to amend
7  the complaint at a later stage of this action.

8          Plaintiff has identified the Doe defendant in this action as Chief Deputy Warden M. Biter
9  of Kern Valley State Prison.  To proceed against this defendant, Plaintiff must file an amended
10 complaint naming defendant Biter and alleging facts indicating that defendant Biter deprived
11 Plaintiff of a protected interest.  Should Plaintiff elect not to amend the complaint, defendant
12 Biter will be dismissed from this action.

13         Plaintiff states that he is unable to amend the complaint at this time because he is
14 detained in Ad-Seg and has limited access to his personal and legal property.  Plaintiff is advised
15 that he may file a motion for extension of time with the Court if he requires additional time to
16 prepare the amended complaint.

17         Based on the foregoing, it is HEREBY ORDERED that:
18   1.   Plaintiff's request of December 3, 2010 is DENIED;
19   2.   Plaintiff is granted another opportunity to comply with the Court's order of
20        November 22, 2010;
21   3.   The Clerk's Office shall send Plaintiff another § 1983 civil rights complaint form;
22   4.   Within **thirty (30) days** from the date of service of this order, Plaintiff must
23        either:
24        a.   File an amended complaint curing the deficiencies identified by the court
25             in its order of November 22, 2010, or
26        b.   Notify the Court in writing that he does not wish to file an amended
27             complaint and wishes instead to proceed on his original Complaint, with
28             the claims found cognizable by the Court; and

5. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **December 12, 2010**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE