# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS, | 1:09-cv-01823-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT (Doc. 10.) |
| v. | |
| WARDEN K. HARRINGTON, et al., | |
| Defendants. / | |

    Plaintiff John W. Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 1, 2010, Plaintiff filed a motion for the Court to screen his complaint. (Doc. 10.) In light of the fact that the Court screened Plaintiff's complaint on November 22, 2010, Plaintiff's motion is moot.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the Court to screen his complaint, filed on June 1, 2010, is DENIED as moot.

    IT IS SO ORDERED.

Dated: January 24, 2011

/s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE