1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN W. WILLIAMS,                    1:09-cv-01823-GSA-PC

12              Plaintiff,                 ORDER DISCHARGING ORDER TO
                                           SHOW CAUSE
13        vs.                              (Doc. 25.)

14    WARDEN K. HARRINGTON,
      et al.,
15
                   Defendants.
16
      _____/
17

18         John W. Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

19    with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October 17,

20    2009.  (Doc. 1.)  On October 29, 2009, Plaintiff consented to the jurisdiction of a Magistrate Judge,

21    and no other parties have appeared.  (Doc. 6.)  Therefore, pursuant to Appendix A(k)(4) of the Local

22    Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in

23    the case until such time as reassignment to a District Judge is required.  Local Rule Appendix

24    A(k)(3).

25         On December 9, 2011, the Court issued an order to show cause, requiring Plaintiff to show

26    cause why this case should not be dismissed for failure to comply with the Court's order of

27    September 20, 2011 which required Plaintiff to file a second amended complaint.  (Doc. 25.)  On

28                                          1

December 27, 2011, Plaintiff filed a second amended complaint.  (Doc. 27.)  Inasmuch as Plaintiff

has now filed a second amended complaint pursuant to the Court's order of September 20, 2011, the

order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Court's Order to Show Cause, issued on December 9, 2011, is DISCHARGED;

      and

2.    Plaintiff's Second Amended Complaint shall be screened by the Court in due time.


IT IS SO ORDERED.

**Dated:    January 5, 2012**                     /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2